[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-13912
_____

D.C. Docket No. 4:12-cv-00146-HLM

TY RUTLEDGE,

Plaintiff - Appellant,

versus

CLARK MILLSAP,  JAMES JONASON,
ANTHONY PARKER, LISA FULLER,

Defendants- Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(August 25, 2016)

Before TJOFLAT and JULIE CARNES, Circuit Judges, and CONWAY,[*] District
Judge.

_____

*Honorable Anne C. Conway, United States District Judge for the Middle District of
Florida, sitting by designation.

PER CURIAM:

The plaintiff appeals the District Court's grant of summary judgment to the defendants on his 42 U.S.C. § 1983 claims for illegal search, false arrest and false imprisonment in violation of the Fourth Amendment[1] and his related claims under state law.  After considering the parties' briefs and with the benefit of oral argument, we find no error in the Court's decision.  It is accordingly

AFFIRMED.

---

[1]  The Fourth Amendment is applicable to state and local governments under the Fourteenth Amendment's Due Process Clause.  *Wolf v. Colorado*, 338 U.S. 25 (1949).